# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| IVANA CUBROVIC | FILE: MAY 28, 2008 |
| v. | 08CV3069   RCC |
| LUXURY MOTORS INC DBA | JUDGE SHADUR |
| BENTLEY DOWNERS GROVE | MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

IVANA CUBROVIC

| NAME (Type or print) |
|---|
| Alexander H. Burke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alexander H. Burke |
| FIRM |
| Law Offices of Keith J. Keogh, Ltd. |
| STREET ADDRESS |
| 227 W. Monroe Street, Suite 2000 |
| CITY/STATE/ZIP |
| Chicago, Illinois   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257811 | 312.726.1092 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐