## United States District Court for the Northern District of Illinois

Case Number: 08cv3069          Assigned/Issued By: j. n.

Judge Name: shadur            Designated Magistrate Judge: valdez

---

**FEE INFORMATION**

*Amount Due:*   ☑ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP         ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____       Receipt #: 2810591_____

Date Payment Rec'd: 5/28/08_____    Fiscal Clerk: j. n._____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

1 Original and 0 copies on 5/28/08 as to defendant
                           (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05