AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IVANA CUBROVIC

V.

LUXURY MOTORS INC DBA
BENTLEY DOWNERS GROVE

CASE NUMBER: 08CV3069  RCC
              JUDGE SHADUR

ASSIGNED JUDGE: MAGISTRATE JUDGE VALDEZ

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LUXURY MOTORS INC DBA
BENTLEY DOWNERS GROVE
c/o CT Corporation System
208 S. LaSalle, Ste. 814,
Chicago, Il. 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Keith J. Keogh, Ltd.
227 W. Monroe Street, Suite 2000
Chicago, Illinois  60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/ [signature]                                                May 28, 2008
/ DEPUTY CLERK                                                 Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | May 29, 2008 |
| NAME OF SERVER (PRINT)  Linda M. Barksdale | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CT Corp, Dawn Schulz, Senior Process Specialist 208 S. LaSalle Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/29/08
Date

Linda M. Barksdale
Signature of Server

227 W. Monroe #2000 Chicago, IL 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.