06-12-08;11:27AM;

**NetStar**   VIC   Vehicle Master Inquiry (VMI)
FOR INTERNAL USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| VIN | WDB KK49F41F216190 | Owner | | Engine No | 11199392112846 |
| FIN | WDB 1704491F216190 | Transmission No | 72261502524041 | | |

**Vehicle Info**
Model/Year  SLK 230 KOMPRESSO 2001  Upholstery  211-Charcoal Leather  Paint  744-Brilliant Silver

**Warranty & Sale**
Warranty Start  08/29/2001   Retail Date  08/29/2001   Selling Dealer  22410

**Production Info**
Radio Code  85181   Serial No  Y0947284   Prod Date  12/19/2000

**Status**
Status Need Authorization   Mileage Discrepancies   Warranty < 30 Days   X  Review History

**Option Codes**

| Option | Description | Option | Description |
|---|---|---|---|
| 231 | Garage door opener | 249 | Automatically dimming int. and |
| 254 | Radio MB Audio 20 - USA | 264 | Licence plate for America |
| 305 | Cupholder | 249 | Basic fitting for alarm coil = |
| 423 | 5-speed automatic transmission | 461 | Instrument with mileage readin |
| 454 | US version | 524 | Paint protection |
| 551 | Anti-theft warning system | 580 | Air conditioning |
| 600 | Headlight cleaning system | 612 | Xenon headlamps right-side dr. |
| 634 | Omission of first-aid kit | 636 | Omission of warning triangle |
| 642 | 7-hole light-alloy wheels | 668 | Packing |
| 669 | Spare wheel / folding wheel | 673 | High-capacity battery |
| 801 | Technical modifications | 810 | sound system |
| 873 | Heated front seats | 875 | Heated screen wash system |

**Campaigns/C1 Action**

| No | Brief Desc | Start Date | Status | Campaign Type |
|---|---|---|---|---|
| 2001070003 | VECI LABEL WRONG | 09/05/2001 | CLOSED | SERVICE |
| 2006080005 | R170 TAIL LAMP | 09/08/2006 | CLOSED | RECALL |

**Vehicle History**

| Damage Code | Damage Text | Dealer Code | RO No | Line No | Claim No | Repair Date | Miles | Service Type | Seq No Desc |
|---|---|---|---|---|---|---|---|---|---|
| 0 82970 16 7 | Campaign 2006080005, Rop Tail | 17302 | 197234 | 2 | 41506369 | 2007/05/17 | 51,949 | 02-KDM (Campaign) | 0001 |
| 0 82101 05 7 | Headlamp unit67102 Broken | | 173737 | 1 | 34510552 | 2005/01/14 | 30,561 | 03-Warranty | 0001 |
| 0 21847 00 7 | FLEXIBLE SVC 87102 SYSTEM (FSS) SERV | | 170684 | A | 34354850 | 2004/12/23 | 30,339 | 03-Warranty | 0001 |
| 0 33112 01 7 | Rubber mount,67102 control arm (wit | | 170684 | 7 | 34364850 | 2004/12/23 | 30,339 | 03-Warranty | 0005 |
| 0 35223 04 7 | Sealing ring,67102 drive pinion Lca | | 170684 | 6 | 34364850 | 2004/12/23 | 30,339 | 03-Warranty | 0004 |

Page 1                                                                                                              6/12/2008 12:22:7



EXHIBIT "A"

06-12-08;11:27AM;

### NetStar — Vehicle Master Inquiry (VMI)
### FOR INTERNAL USE ONLY

| Damage Code | Damage Text | Dealer Code | RO No | Line No | Claim No | Repair Date | Miles | Service Type | Seq No |
|---|---|---|---|---|---|---|---|---|---|
| 0 35321 04 7 | Sealing ring on side of axle h | 67102 | 170684 | 8 | 34364850 | 2004/12/23 | 30,339 | 03-Warranty | 0003 |
| 0 54506 73 7 | Instrument cluster lighting wi | 67102 | 170684 | 2 | 34364850 | 2004/12/23 | 30,339 | 03-Warranty | 0002 |
| 0 68102 09 7 | Center console/storage tray au | 56113 | 545661 | 8 | 33272959 | 2004/08/13 | 26,354 | 03-Warranty | 0002 |
| 0 72407 18 7 | Cover, front door loudspeaker | 56113 | 545661 | 7 | 33272959 | 2004/08/13 | 26,354 | 03-Warranty | 0003 |
| 0 82204 74 7 | Brake lamp, taillamp unit Comp | 56113 | 545661 | A | 33272959 | 2004/08/13 | 26,354 | 03-Warranty | 0001 |
| 0 21817 00 7 | FLEXIBLE SVC SYSTEM (FSS) SERV | 56113 | 545661 | 8 | 33258482 | 2004/08/13 | 26,354 | 03-Warranty | 0001 |
| 0 82313 73 7 | Light source, general Electric | 56113 | 539840 | B | 32780281 | 2004/06/11 | 24,728 | 03-Warranty | 0001 |
| 0 82101 38 7 | Headlamp unit Loose | 56113 | 522026 | A | 31554678 | 2003/12/24 | 20,664 | 03-Warranty | 0001 |
| 0 21847 00 7 | FLEXIBLE SVC SYSTEM (FSS) SERV | 56113 | 520949 | A | 31560792 | 2003/12/16 | 20,466 | 03-Warranty | 0001 |
| 0 58909 35 7 | Campaign 2003 070903, Replacem | 56113 | 520949 | D | 31560792 | 2003/12/16 | 20,466 | 07-KDN (Campaign) | 0003 |
| 0 54001 73 7 | Battery Electrical fault | 56113 | 520949 | C | 31560792 | 2003/12/16 | 20,466 | 03-Warranty | 0002 |
| 0 82313 73 7 | Light source, general Electric | 56113 | 518065 | A | 31277540 | 2003/11/10 | 20,204 | 03-Warranty | 0001 |
| 0 21402 00 8 | SIGN AND DRIVE, "JUMPSTART" Sp | 22117 | 44825 | 1 | 27995234 | 2002/09/17 | 19,511 | 03-Warranty | 0001 |
| 0 75021 38 7 | Trunk lock, trunk lid Loose | 22117 | 36115 | 1 | 27763832 | 2002/08/07 | 13,430 | 03-Warranty | 0001 |
| 0 80602 73 7 | Transmitter, infrared/radio re | 22117 | 36115 | 3 | 27763832 | 2002/08/07 | 13,430 | 03-Warranty | 0002 |
| 0 21402 00 8 | SIGN AND DRIVE, "JUMPSTART" Sp | 22117 | 33025 | 1 | 27531987 | 2002/07/15 | 13,158 | 03-Warranty | 0001 |
| 0 75021 38 7 | Trunk lock, trunk lid Loose | 22117 | 28684 | 1 | 27538629 | 2002/07/05 | 13,128 | 03-Warranty | 0001 |
| 0 75021 15 7 | Trunk lock, trunk lid Locks up | 22410 | 88260 | 1 | 26994881 | 2002/04/17 | 10,739 | 03-Warranty | 0001 |
| 0 82757 73 7 | CD/DVD changer Electrical faul | 22410 | 88260 | 2 | 26994882 | 2002/04/17 | 10,739 | 03-Warranty | 0002 |
| 0 86309 43 8 | Molding, nozzle, RCS Fits poor | 22410 | 88260 | 3 | 26994882 | 2002/04/17 | 10,739 | 03-Warranty | 0003 |

06-12-08;11:27AM;                                                                                      # 3/ 0

**NetStar**                          Vehicle Master Inquiry (VMI)
                                     FOR INTERNAL USE ONLY

| Damage Code | Damage Text | Dealer Code | RO No | Line No | Claim No | Repair Date | Miles | Service Type Desc | Seq No |
|---|---|---|---|---|---|---|---|---|---|
| 0 18326 72 7 | Oil sensor, oil pan Electrical | 22410 | 23350 | C | 25696200 | 2002/03/08 | 8,283 | 03-Warranty | 0002 |
| 0 21837 00 2 | FLEXIBLE SVC SYSTEM (FSS) SERV | 22410 | 23350 | Z | 25696200 | 2002/03/08 | 8,283 | 03-Warranty | 0001 |
| 0 21401 00 8 | SIGN AND DRIVE, "FLATTIRE" Spe | 22105 | 64310 | A | 25143007 | 2001/09/21 | 1,404 | 03-Warranty | 0002 |
| 0 21852 02 8 | DEALER PRE-DELIVERY Internal 1 | 27410 | I425711 | B | 25449713 | 2001/05/29 | 1 | 03-Warranty | 0001 |
| 0 21852 01 8 | DEALER PRE-DELIVERY Follow-up | 23425 | I425711 | A | 24499913 | 2001/04/04 | 1 | 03-Warranty | 0001 |

Fax Server          6/17/2008 1:17:54 PM       PAGE    2/004    Fax Server

CARFAX Vehicle History Report on WDBKK49F41F216190                              Page 1 of 3

CARFAX, INC
FAIRFAX, VA

# CARFAX Vehicle History Report

An independent company established in 1986

**2001 MERCEDES-BENZ SLK 230**
WDBKK49F41F216190
ROADSTER
2.3L L4 PFI DOHC 16V / REAR WHEEL DRIVE
Standard Equipment | Safety Options



Hi-I'm the CARFAX Xpert™. I'm here to help you better understand the data in this CARFAX Report. Did you know...
- We checked over 5 billion records from thousands of data sources for this vehicle
- This vehicle qualifies for the CARFAX Buyback Guarantee
- The last reported odometer reading was 60,353

## SUMMARY

A CARFAX Vehicle History Report is based only on information supplied to CARFAX. Other Information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| OWNERSHIP HISTORY The number of owners is estimated by CARFAX | OWNER 1 | OWNER 2 |
|---|---|---|
| Year purchased | 2001 | 2006 |
| Type of owner | Lease | — |
| Estimated length of ownership | 4 yrs. 3 mo. | 2 yrs. 2 mo. |
| Owned in the following states/provinces | Illinois, Pennsylvania | Georgia |
| Estimated miles driven per year | — | — |
| Last reported odometer reading | 37,608 | 60,353 |

| TITLE PROBLEMS CARFAX guarantees the information in this section | OWNER 1 | OWNER 2 |
|---|---|---|
| Salvage | Junk | Rebuilt | Guaranteed No Problem | Guaranteed No Problem |
| Fire/Flood | Hail Damage | Buyback/Lemon | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem |

GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.

| OTHER INFORMATION Not all accidents or other issues are reported to CARFAX | OWNER 1 | OWNER 2 |
|---|---|---|
| **Total Loss Check** No total loss reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Structural / Frame Damage Check** No structural / frame damage reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Airbag Deployment Check** No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Odometer Rollback Check** No indication of an odometer rollback. | No Issues Indicated | No Issues Indicated |
| **Accident Check** | No Issues | No Issues |

http://www.carfax.com/cfm/IntCarfaxReport.cfm?vin=WDBKK49F41F216190&transfor...    6/17/2008

Fax Server                 6/17/2008 1:17:54 PM     PAGE    3/004     Fax Server

CARFAX Vehicle History Report on WDBKK49F41F216190                                Page 2 of 3

| | Reported | Reported |
|---|---|---|
| No accidents reported to CARFAX. | | |
| **Manufacturer Recall Check** No recalls still require repair. | No Recalls Reported | No Recalls Reported |

Tell us what you know about this vehicle

## DETAILS

A CARFAX Vehicle History Report is based only on information supplied to CARFAX. CARFAX checked over 5 billion vehicle history events and found 14 record(s) for this 2001 MERCEDES-BENZ SLK 230 (WDBKK49F41F216190).

**OWNER 1**
- Purchased: 2001
- Type: Lease
- Where: Illinois, Pennsylvania
- Est. miles/year: —
- Est. length owned: 9/17/01 - 1/10/06 (4 yrs. 3 mo.)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 09/17/2001 | | Illinois Motor Vehicle Dept. Warrenville, IL | First owner reported Registered as lease vehicle |
| 01/04/2002 | | Illinois Motor Vehicle Dept. Warrenville, IL Title #T2004869030 | Title issued or updated Title or registration issued Correction to record Registered as lease vehicle |
| 02/18/2005 | | Pennsylvania Motor Vehicle Dept. Pittsburgh, PA | Title issued or updated Owner purchased from leasing company |
| 01/10/2006 | 37,105 | Dealer Inventory | Vehicle offered for sale |
| 01/30/2006 | | Service Plan Co. Atlanta, GA | Service contract issued |
| 01/30/2006 | | Georgia Motor Vehicle Dept. Atlanta, GA | Vehicle purchase reported |
| 02/13/2006 | 37,608 | Georgia Inspection Station | Passed emissions inspection |
| 03/08/2006 | | Illinois Motor Vehicle Dept. Downers Grove, IL Title #X6067960012 | Title issued or updated Dealer took title of this vehicle while it was in inventory |

**OWNER 2**
- Purchased: 2006
- Where: Georgia
- Est. miles/year: —
- Est. length owned: 3/24/06 - present (2 yrs. 2 mo.)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 03/24/2006 | 39,000 | Georgia Motor Vehicle Dept. Atlanta, GA Title #774019060831001 | Title issued or updated New owner reported Loan or lien reported Vehicle color noted as Silver |

If you are buying this vehicle from a private seller, check to be sure any associated lien on the vehicle has been paid off.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 02/10/2007 | 51,873 | Georgia Inspection Station | Passed emissions inspection |
| 02/11/2007 | | Georgia Motor Vehicle Dept. Atlanta, GA Title #774019060831001 | Registration issued or renewed Vehicle color noted as Silver |

CARFAX Vehicle History Report on WDBKK49F41F216190                                    Page 3 of 3

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 02/22/2008 | 60,353 | Georgia Inspection Station | Passed emissions inspection |
| 02/25/2008 | | Georgia Motor Vehicle Dept. Atlanta, GA Title #7740190060831001 | Registration issued or renewed Registration updated when owner moved the vehicle to a new location Vehicle color noted as Silver |
| 06/17/2008 | | Mercedes-Benz USA, Inc. | No recalls open for repair |

Tell us what you know about this vehicle

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## GLOSSARY                                                                    View Full Glossary

- **First Owner**
  When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.
- **Lease**
  When someone leases a car from a dealer, the dealer actually sells the vehicle to a leasing company. The leasing company then collects payments for the vehicle from the new owner for 24, 36, 48 or more months. A leasing company can be an independent car dealer or a car manufacturer.
- **New Owner Reported**
  When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.
- **Ownership History**
  CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1994 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.
- **Title Issued**
  A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2008 CARFAX, Inc., an R.L. Polk & Co. company. All rights reserved. Patents pending. 17.Jun.2008 12:17:02