**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Ivana Cubrovic
                        Plaintiff,

v.
                                              Case No.: 1:08−cv−03069
                                              Honorable Milton I. Shadur

Luxury Motor Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. The Answer and Ads are stricken in their entirety. Leave is of course granted to file a self−contained Amended Answer and ADs on or before July 7, 2008. Defense counsel are ordered (1) to make no charge for the time and expense involved in correcting their errors by filing the new pleading called for here, (2) to pay $500 to the Clerk of Court by reason of their having ignored the caveat that has led off this Court's website for some time − − a caveat that refers expressly to the State Farm Appendix.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.