IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IVANA CUBROVIC, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>LUXURY MOTORS, INC., d/b/a )<br>BENTLEY DOWNERS GROVE, )<br> )<br>  Defendant. ) | Case No. 08 CV 3069 RCC<br><br>Judge Shadur<br><br>Magistrate Judge Valdez |

## MOTION FOR PARTIAL RELIEF

Clive D. Kamins ("Kamins"), one of the counsel of record for the Defendant, LUXURY MOTORS, INC., moves this Honorable Court for relief from that portion of the Memorandum Order dated June 20, 2008, which requires payment of $500.00 to the Clerk of the Court.

In support of his Motion, Kamins states as follows:

1. Kamins signed the Answer and Affirmative Defenses prepared by the firm on behalf of Defendant which is the subject of the Memorandum Order. He accepts full responsibility therefor.

2. Kamins has been practicing law in the State of Illinois for over 48 years. During this time he has routinely appeared in the Northern District and before Judge Shadur.

3. During his entire 48-year career, this is the first time that a pleading he filed has been subject to the type of criticism contained in the Memorandum Order.

4. Because of the outstanding reputation of Judge Shadur and the high regard in which Kamins holds him, Kamins takes the Court's criticism of the Answer

very seriously. The Amended Answer filed contemporaneously herewith fully complies with the Memorandum Order and the Court's Case Management Procedures.

5.      The requirement that a monetary sanction be imposed is not necessary for the lesson to have been learned by Kamins or for Kamins to understand the importance of the Court's standing procedures.

6.      Kamins earnestly apologizes for his failure to abide by the Court's procedures and promises not to allow it to occur again.

7.      Accordingly, Kamins respectfully requests that the Court abate the fine imposed herein.

WHEREFORE, Clive D. Kamins, one of the counsel of record for the Defendant, LUXURY MOTORS, INC., moves this Honorable Court for entry of an Order granting relief from that portion of the Memorandum Order dated June 20, 2008, which requires payment of $500.00 to the Clerk of the Court.

                                        Respectfully Submitted,

                                        /s/Clive D. Kamins
                                             Clive D. Kamins

David A. Shapiro ARDC No. 3128208
Clive D. Kamins ARDC No. 1389092
Bronson & Kahn LLC
150 North Wacker Dr.
14th Floor
Chicago, Illinois 60606
(312) 553-1700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVANA CUBROVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CV 3069 RCC |
| v. | ) | |
| | ) | Judge Shadur |
| LUXURY MOTORS, INC., d/b/a | ) | |
| BENTLEY DOWNERS GROVE, | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Keith J. Keogh, Esq.
     Law Offices of Keith J. Keogh, Ltd.
     227 West Monroe Street, Suite 2000
     Chicago, Illinois 60606

PLEASE TAKE NOTICE that, on **July 16, 2008** at **9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before **Judge Milton I. Shadur**, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 2303, in the United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **to present the Motion For Partial Relief**, a copy of which is herewith served upon you.

Dated: July 3, 2008          By:/s/Clive D. Kamins
                                 One of the Attorneys for Defendant


David A. Shapiro ARDC No. 3128208
Clive D. Kamins ARDC No. 1389092
Bronson & Kahn, LLC
150 North Wacker Dr.
14th Floor
Chicago, Illinois 60606
(312) 553-1700

## CERTIFICATION

   CLIVE D. KAMINS, an attorney, hereby certifies that he served the within Notice and Motion by Electronic Case Filing on July 3, 2008.

                    /s/Clive D. Kamins
                       Clive D. Kamins

1