

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08-cv-3069

IVANA CUBROVIC
vs.
LUXURY MOTORS INC. d/b/a
BENTLEY DOWNERS GROVE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LUXURY MOTORS INC. d/b/a
BENTLEY DOWNERS GROVE

| | |
|---|---|
| NAME (Type or print) <br> David A. Shapiro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| FIRM <br> Bronson & Kahn, LLC | |
| STREET ADDRESS <br> 150 North Wacker Drive, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128208 | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED JUL 3 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT