**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| IVANA CUBROVIC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   08 C 3069 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| LUXURY MOTORS INC d/b/a | ) | |
| BENTLEY DOWNERS GROVE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   ECF Counsel of Record for Defendant

**PLEASE TAKE NOTICE** that on **September 15, 2008 at 9:15 am**, I shall appear before the **Honorable Milton I. Shadur in Room 2303** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with Local Rule 5.2.

/s/ Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

**CERTIFICATE OF ELECTRONIC SERVICE**

Alexander H. Burke, hereby certifies that defendant was served with this motion via the Court's ECF System on August 26, 2008.

/s/Alexander H. Burke